IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MELISSA MOODY CROSS**                                     PLAINTIFF

v.                        No. 3:23-cv-126-DPM

**KATRINA RICHARDSON
CROSS;  DOES, Human Society,
Administrator of DHS;  and
RANDALL HENLEY, Attorney**                              DEFENDANTS

## JUDGMENT

Cross's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_8 June 2023_